# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALBERT LEWIS | * |
| | * |
| v. | *  Civil No. – JFM-13-2984 |
| | * |
| BERT BELL/PETE ROZELLE NFL | * |
| PLAYER RETIREMENT PLAN | * |

## MEMORANDUM

Plaintiff has filed this action against the Bert Bell/Pete Rozelle NFL Player Retirement Plan seeking disability benefits, known as "Football Degenerative" disability benefits at the time that plaintiff sought them. He had been granted "inactive" benefits but these were much less than the "Football Degenerative" benefits that he wanted.

Defendant has filed a motion to dismiss on the ground that he did not exhaust his administrative remedies. The motion will be granted. Although plaintiff played in the National Football League for sixteen seasons, thus making his case somewhat sympathetic, he never filed an appeal of the decision about which he complains. Indeed, he relies upon a letter that he wrote prior to the decision being issued requesting that a physical examination that had been scheduled 750 miles from his home be relocated to "a more geographically friendly physician." In fact, although it certainly would have been inconvenient for plaintiff to fly to the physical examination, there is nothing in the record that shows that he was unable to make the trip. In any event, the letter upon which plaintiff relies was not an appeal of the decision awarding him only inactive benefits.

Plaintiff suggests that he is pursuing a breach of fiduciary claim under ERISA that does not require exhaustion of administrative remedies. However, it is clear that plaintiff actually is complaining about a denial of benefits, and styling his claim as one for "breach of fiduciary duty" does not relieve him of pursuing administrative remedies. *See Smith v. Sydnor*, 184 F.3d 356, 362 (4th Cir. 1999).

A separate order granting defendant's motion is being entered herewith.


Date: November 21, 2013          \_\_/s/_____
                                 J. Frederick Motz
                                 United States District Judge